UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :      Hon. Jose L. Linares
                                      Crim. No. 11-353 (JLL)
       v.               :
                                        CONTINUANCE ORDER
BAHADIR YAHSI            :

        This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Shirley U. Emehelu, Assistant U.S. Attorney), and defendant Bahadir Yahsi (by Catherine M. Brown, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

        1.    Defense counsel requires adequate time to review the discovery provided by the United States;

        2.    Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

3.    Defendant has consented to the aforementioned continuance; and

4.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _27th_ day of June, 2011,

IT IS ORDERED that pretrial motions shall be filed by July 15, 2011, replies to said motions shall be filed by August 5, 2011, a motions hearing will be held on August _15_, 2011, and the trial is scheduled for August _29th_, 2011; and

IT IS FURTHER ORDERED that the period from the date of this order through and including August 5, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

_____
Shirley U. Emehelu
Assistant U.S. Attorney


 s/Catherine M. Brown, Esq.
Catherine M. Brown, Esq.
Counsel for defendant Bahadir Yahsi