UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 11-353 (JLL) |
| BAHADIR YAHSI | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), and defendant BAHADIR YAHSI (Catherine M. Brown, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel has filed pretrial motions and the Government's response is due on August 5, 2011;

(2) The return date of the parties' pretrial motions is August 15, 2011; and

(3) The Court will need additional time to review and decide the parties' pretrial motions.

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15th day of August, 2011,

ORDERED that this action be, and hereby is, continued until September 6, 2011; and it is further

ORDERED that a case management conference shall be held on September 13, 2011, at 2:30 ____; and it is further

ORDERED that a schedule for further proceedings will be set by the Court at that case management conference; and it is further

ORDERED that the period from the date of this order through September 6, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

_____
SHIRLEY U. EMEHELU
Assistant U.S. Attorney

_____
CATHERINE M. BROWN, ESQ.
Counsel for defendant Bahadir Yahsi

-3-