```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :     Hon. Jose L. Linares

           v.               :     Crim. No. 11-353 (JLL)

BAHADIR YAHSI               :     ORDER
```

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), and defendant BAHADIR YAHSI (Catherine M. Brown, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter and setting a schedule for further proceedings, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have filed pending pre-trial motions;

(2) The Government intends to present to the grand jury, on or before October 3, 2001, a superseding indictment against the defendant;

(3)  The parties seek leave to file additional motions following the return, if any, of a superseding indictment against the defendant;

(4)  As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _15_ day of September, 2011,

ORDERED that this action be, and hereby is, continued until October 27, 2011; and it is further

ORDERED that the parties shall meet and confer and attempt to resolve the parties' pending discovery motions; and it is further

ORDERED that if a superseding indictment is returned against the defendant on or before October 3, 2011, the parties may file additional pre-trial motions related to the superseding indictment, on or before October 10, 2011; and it is further

ORDERED that the parties' opposition to any new motions is due on or before October 17, 2011; and it is further

ORDERED that oral arguments on all pre-trial motions shall be held on October 27, 2011 at 2:00 p.m.; and it is further

ORDERED that the period from the date of this order through October 27, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. JOSE L. LINARES
United States District Judge