```
CATHERINE M. BROWN, Esq.
PAULETTE L. PITT, Esq.
P.O. Box 9058
Morristown, New Jersey  07963
(973) 984-9300
Attorneys for Defendant, Bahadir Yahsi
```

|                              | |
|---|---|
|                              | UNITED STATES DISTRICT COURT |
|                              | DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA     | CRIMINAL NO.: 11-353 (JLL) |
| vs.                          | ORDER GRANTING LEAVE TO SUPPLEMENT MOTION RECORD |
| BAHADIR YAHSI,               | |

THIS MATTER having come before the court on application of the defendant, Bahadir Yahsi, (by Catherine M. Brown, Esq., and Paulette Pitt, Esq. appearing), and on notice to Paul J. Fishman, United States Attorney, (Shirley U. Emehelu, AUSA, and Sandra Moser, AUSA, appearing), for an Order granting leave to supplement the record of the defendant's pending pretrial motion by adding Exhibits FF and GG, and the court having considered the submissions, and for good and sufficient cause shown;

IT IS on this 7th day of March, 2012,

ORDERED that leave to supplement the record of

1

defendant's pending pretrial motion by adding Exhibits FF and GG be and hereby is granted.

                                    Hon. Jose L. Linares, U.S.D.J.