NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BAHADIR YAHSI, | Criminal Action No.: 11-353 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court on various motions *in limine* filed by the parties. For the reasons places on the record on April 2, 2012,

**IT IS** on this 2nd day of April, 2012

**ORDERED** that Defendant's motion to exclude Defendant's January 9, 2012 plea colloquies to the state charge and to violation of probation charges is **GRANTED**; and it is further

**ORDERED** that Defendant's motion to exclude Defendant's March 29, 2004 plea is **DENIED**; and it is further

**ORDERED** that Defendant's motion to exclude testimonial evidence regarding Defendant's putative trafficking in Crack Cocaine in early 2009 is **DENIED**; and it is further

**ORDERED** that Defendant's motion to exclude communications between the Cooperating Informant (the "CI") and the Defendant regarding his state charges is **GRANTED**; and it is further

**ORDERED** that Defendant's motion to exclude the testimony of Special Agent Jason Frederick is **DENIED,** except that Agent Frederick may not testify as to the addictive nature of illegal drugs; and it is further

**ORDERED** that Defendant's motion to exclude the Government's proffered Fed. R. Evid. 609 evidence is **DENIED**; and it is further

**ORDERED** that Defendant's motion to publish certain documents during the cross-examination of the Government's witnesses is **DENIED**; however certain portions of audio evidence may be allowed to be played with the Court's permission, if allowed, on application by Defendant; and it is further

**ORDERED** that the Government's motion to exclude Defendant's immigration expert is **GRANTED**; however, the Court reserves decision on whether any explanation regarding immigration law may be necessary to be given to the jury; and it is further

**ORDERED** that the Government's motion to exclude an October 1, 2010 conversation between Defendant's wife and the CI is **GRANTED**; and it is further;

**ORDERED** that transcripts of the recordings played at trial will be available to the jurors during deliberations as aids; and it is further

**ORDERED** that Defendant's Outrageous Government Conduct Motion is **DENIED** without prejudice to be remade, if appropriate, based on new evidence that arises at trial and not available to the Court at this time.

**SO ORDERED.**

s/ Jose L. Linares
JOSE L. LINARES
U.S. DISTRICT JUDGE