NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAHADIR YAHSI<br><br>Defendants. | Criminal Action No.: 11-353 (JLL)<br><br>ORDER |

This matter has been set for a firm trial date of **Monday, December 3, 2012 at 9:30 AM** before this Court in Courtroom 5D, 5th floor of the Martin Luther King Jr., Federal Building, Newark, New Jersey. You must be prepared and ready to proceed for trial at that time; no adjournments will be granted.

IT IS on this 12th of SEPTEMBER, 2012, SO ORDERED.

Jose L. Linares
United States District Judge