UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Crim. No. 11-353 (JLL)
                                     Hon. Jose L. Linares
            vs.               :

BAHADIR YAHSI                 :      <u>DETENTION ORDER</u>

        This matter having been opened to the Court on motion

of the United States, by Paul J. Fishman, United States Attorney

for the District of New Jersey (Shirley U. Emehelu and Mark

McCarren, Assistant United States Attorneys, appearing), in the

presence of Catherine M. Brown, Esq. and Paulette Pitt, Esq.,

attorneys for defendant Bahadir Yahsi, for an order pursuant to

Title 18, United States Code, Section 3143(a)(2) and Section

3142(f)(1)(C), detaining defendant Yahsi without bail pending

sentencing in the above-entitled matter; the Court having

considered the arguments of counsel on December 11, 2012, the

Court makes the following findings:

        1.  On January 23, 2012, a five-count Second

Superseding Indictment was returned charging defendant Yahsi

with, in Count One, conspiracy to distribute and to possess with

intent to distribute Oxycodone and MDMA, or "ecstasy," in

violation of Title 21, United States Code, Section 846; in Count

Two, distribution and possession with intent to distribute

Oxycodone, in violation of Title 21, United States Code, Section 841(a) and Section 841(b)(1)(C); and in Counts Three, Four, and Five, distribution and possession with intent to distribute ecstasy, in violation of Title 21, United States Code, Section 841(a) and Section 841(b)(1)(C). The offenses charged each carry a maximum penalty of twenty years imprisonment.

2. Between December 3, 2012 and December 10, 2012, trial was held in the above-referenced matter. On December 11, 2012, the jury reached a verdict, finding defendant Yahsi guilty on all five counts.

3. Pursuant to Title 18, United States Code, Section 3143(a)(2) and Section 3142(f)(1)(C), the Court finds that the mandatory detention provisions are applicable here, because defendant Yahsi has been found guilty of charges for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act. Furthermore, neither exception to the mandatory detention provisions set forth under Title 18, United States Code, Sections 3143(a)(2)(A) and (B) apply, and there is clear and convincing evidence that defendant Yahsi is a flight risk.

4. The Court hereby finds that defendant Yahsi has failed to rebut the mandatory detention provisions set forth

-2-

under Title 18, United States Code, Section 3143(a)(2) and

Section 3142(f)(1)(C), and having considered the factors set

forth in Title 18, United States Code, Section 3142(g), no

condition or combination of conditions will reasonably assure the

appearance of defendant Yahsi as required.

IT IS, therefore, on this 11th day of December, 2012,

ORDERED, pursuant to Title 18, United States Code,

Section 3143(a)(2), Section 3142(f)(1)(C), and Section 3142, that

defendant Yahsi be committed to the custody of the Attorney

General or his authorized representative pending sentencing; and

it is further

ORDERED, pursuant to Title 18, United States Code,

Section 3142(i), that defendant Yahsi be confined in a

corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody

pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code,

Section 3142(i), that defendant Yahsi be afforded reasonable

opportunity for private consultations with counsel; and it is

further

ORDERED, pursuant to Title 18, United States Code,

Section 3142(i), that, upon order of this or any other court of

-3-

the United States of competent jurisdiction or on request of an

attorney for the United States, defendant Yahsi shall be

delivered to a United States Marshal for the purpose of

appearances in connection with court proceedings; and it is

further

ORDERED that the motion of the United States for an

order detaining defendant Yahsi without bail pending sentencing

is hereby granted, and defendant Yahsi is hereby ordered detained

pending sentencing in the above-entitled matter.


/s/ Jose L. Linares
HONORABLE JOSE L. LINARES
United States District Judge