PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Bahadir Yahsi                                    Cr.: 11-00353-001
                                                                   PACTS #: 60703

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/01/2013

Original Offense: Conspiracy to Distribute Oxycodone; Possession with Intent to Distribute Oxycodone; Distribution of Ecstasy

Original Sentence: 51 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/30/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On August 7, 2017, while undergoing drug testing, the offender tested positive for cocaine. He admitted to recently using cocaine with a female friend over the weekend, and he executed a drug use admission form.

U.S. Probation Officer Action:

If signed and approved by the Court, the Probation Office will present this petition to the offender as a formal written reprimand. Additionally, the frequency of drug testing will be increased, and he has been referred for substance abuse counseling at Door Into the Future, Passaic, New Jersey, where he is awaiting an intake appointment. The probation office will continue to closely monitor Yahsi's progress, and will report any further noncompliance.

                                                       Respectfully submitted,
                                                       *Marqwuese Bayne* /MB

                                                       By: Marqwuese Bayne
                                                           U.S. Probation Officer
                                                       Date: 08/15/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ This document will serve as an official written reprimand issued under the authority of the Court
AND INCREASE DRUG TESTING.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

8/18/17
Date